AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
RICHARD BETSWORTH
DOB: XXXXXX

*Defendant*

Case: 1:26-mj-000157
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 9/9/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of between July 6, 2026 and July 27, 2026 in the District of Columbia the defendant violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. §§ 2252(a)(2), (b)(1) - | Distribution/Receipt of Child Pornography. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Timothy Palchak, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/09/2026

*Judge's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*